IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

RONALD SATISH EMRIT                                                    PLAINTIFF

V.                                    CIVIL ACTION NO. 3:23-cv-100-NBB-JMV

KARA PRATT, ET AL.                                                   DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the record of this case, the court finds that the Report and Recommendation ("R&R") of the United States Magistrate Judge dated April 19, 2023, was on that date duly filed; the parties were duly notified; more than twenty days have elapsed since notice of said R&R; and no objection thereto has been filed or served by any party. Accordingly, the court is of the opinion that the R&R should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED**

That the R&R of the United States Magistrate Judge dated April 19, 2023, is hereby approved and adopted as the opinion of the court.

That this case is **DISMISSED** and **CLOSED** on the basis of its futility and frivolity pursuant to 28 U.S.C. § 1915(e)(2)(B).

This 18th day of May, 2023.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE